HARDY MYERS
Attorney General
LYNN DAVID LARSEN #77254
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 373-2147
Email: Lynn.Larsen@state.or.us

Attorneys for Respondent

FILED'06 MAR 22 13:20USDC-ORE

RECVD'06 MAR 17 11:01USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWN D. BAKER,

    Petitioner,

v.

GUY HALL,

    Respondent.

Case No. 05-1081-HO

ORDER DISMISSING HABEAS CORPUS PETITION

    This matter having come before the Court on the motion of the Respondent to dismiss the habeas corpus petition.

    IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington*, 124 S.Ct. 2531 (2004), is later made retroactive to cases on collateral review, Petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from June 22, 2005, until sixty days after the date of the decision rendering *Blakely* retroactively applicable. If *Blakely* is made retroactive and the Petitioner moves to reopen this case during the above-

Page 1 -    ORDER DISMISSING HABEAS CORPUS PETITION
    LDL/ldl/TRIO0351.DOC

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700

referenced sixty-day period, Petitioner may also amend the Petition as of right only as to properly plead all *Blakely*-based claims in this Court.

IT IS SO ORDERED this 22nd of March, 2006.

_____
The Honorable Michael R. Hogan
U.S. District Judge

Submitted by:

_____
Lynn David Larsen
Attorney for Respondent

Page 2 -   ORDER DISMISSING HABEAS CORPUS PETITION
LDL/ldl/TRIO0351.DOC

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700

## CERTIFICATE OF SERVICE

I certify that on March _16_, 2006, I served the foregoing ORDER DISMISSING HABEAS CORPUS PETITION upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Shawn D. Baker<br>SID #7697103<br>Two Rivers Correctional Institution<br>82911 Beach Access Road<br>Umatilla, OR 97882 | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |

LYNN DAVID LARSEN #77254
Attorney-In-Charge
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
lynn.larsen@doj.state.or.us
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
LDL/rrs/TRIM7159

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794